**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lonnie McPeak and Todd McPeak, d/b/a McPeak Partnership, and Kevin Fettig, | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Cattleman's Choice Loomix, LLC, | ) ) | Case No. 1:08-cv-097 |
| Defendant. | ) | |

_____

On January 6, 2009, the parties filed a Stipulation to File Amended Complaint. The court **ADOPTS** the parties' stipulation (Docket No. 6). Plaintiffs are **GRANTED** leave to file an Amended Complaint. Defendant shall have until January 26, 2009, to file a response.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge