**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lonnie McPeak and Todd McPeak, d/b/a McPeak Partnership, and Kevin Fettig, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Cattlemans Choice Loomix, LLC, | ) ) | Case No. 1:08-cv-097 |
| Defendant. | ) | |

___

On April 1, 2009, the parties filed a Stipulation to File Second Amended Complaint. The court **ADOPTS** the parties' stipulation (Docket No. 14). Plaintiffs are granted leave to file a Second Amended Complaint. Defendant shall have until April 22, 2009, to file its response.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge