**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lonnie McPeak and Todd McPeak, d/b/a McPeak Partnership, Kevin Fettig, and Clay McPeak, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Cattleman's Choice Loomix, Inc., | ) ) | Case No. 1:08-cv-097 |
| Defendant. | ) | |

_____

Before the court is a Stipulation to Extend Expert Disclosure Deadlines filed by the parties on March 31, 2010. The court **ADOPTS** the parties' stipulation (Docket No. 26). The Deadline for expert disclosures shall be amended as follows:

1. Plaintiff shall provide names of expert witnesses and complete reports under Rule 26(a)(2) to Defendant by May 1, 2010.

2. Defendant shall provide names of expert witnesses and complete reports under Rule 26(a)(2) to Plaintiffs by June 1, 2010.

3. The parties shall have until June 15, 2010, to compete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge