**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lonnie McPeak and Todd McPeak, d/b/a McPeak Partnership, and Kevin Fettig, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Cattleman's Choice Loomix, LLC, | ) ) | Case No. 1:08-cv-097 |
| Defendant. | ) | |

_____

The court held a status conference by telephone in the above-entitled action on April 16, 2010. Pursuant to the parties' discussions, the court's scheduling order shall be amended as follows. The parties shall have until June 21, 2010, to file dispositive motions (summary judgment as to all or part of the case). Responses to the dispositive motions are due on July 17, 2010. Thereafter, the moving party shall have until July 23, 2010, to file a reply in support the motion.

**IT IS SO ORDERED.**

Dated this 16th day of April, 2010.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge